## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| RAMSEY RANDALL, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 19-CV-1342** |
| | : | |
| BERKS COUNTY, PA (TOWNSHIP), | : | **FILED** |
| *et al.*, | : | APR 3 0 2019 |
| Defendants. | : | |
| | | KATE BARKMAN, Clerk |
| | | By_____Dep. Clerk |

## ORDER

AND NOW, this 29ᵗʰ day of April, 2019, upon consideration of Plaintiff Ramsey Randall's Motion to Proceed *In Forma Pauperis* (ECF No. 8), his Prisoner Trust Fund Account Statements (ECF Nos. 3, 9), and his *pro se* Complaint (ECF No. 2), which raises claims under 42 U.S.C. § 1983, it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. Ramsey Randall, #NDO295, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case. The Court hereby directs the Warden of SCI Mahanoy or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Randall's inmate account; or (b) the average monthly balance in Randall's inmate account for the six-month period immediately preceding the filing of this case. The Warden or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case. In each succeeding month when the amount in Randall's inmate trust fund account exceeds $10.00, the Warden or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to

Randall's inmate account until the fees are paid. Each payment shall reference the docket number for this case.

     3.     The Clerk of Court is directed to **SEND** a copy of this order to the Warden of SCI Mahanoy.

     4.     The Complaint is **DEEMED** filed.

     5.     The Complaint is **DISMISSED with prejudice** as frivolous or malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) for the reasons stated in the Court's Memorandum.

**BY THE COURT:**

**JOEL H. SLOMSKY, J.**